United States District Court for the Second Circuit

Tyrone Hunt,
(was Haines in Kenner, 1973)
433 Chesapeake St. S.E. #33
W.D.C., 20032

Plaintiff,

vs.

The country of Lydia, et.al.,
(was Bivens in the Co) Unknown
Narcotics Agents (1971)?)

Defendants,

Civil Action No.

15 CV 5567

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 18, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28 Section 1975, U.S.C.

2. I am a citizen of the D.C. and of the U.S.A.

3. The amount in controversy exceeds $75,000.00 Dollars exclusive of interest and costs.

4. I demand a trial by a jury on all the issues involved.

### Statement of the Facts of the Case.

### Memorandum of Law

1. The Plaintiff respectfully states that the country of Lydia is in violation of humanitarian laws and that a cease and immediate sanctions be placed upon the country of Lydia.

the said United Nations, should also keep-in and comply.

## Motion to proceed In forma pauperis pursuant to Title 28, Section 1915, U.S.C.

Comes now, Tyrone Hurt, the Plaintiff, and through Haines vs Kerner, 1972, and respectfully states that because of my poverty, that I am unable to pre-pay the (any) costs or fees for the filing of the foregoing complaint, and that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of service

I, Tyrone Hurt, the Plaintiff, and through Haines vs Kerner, 1972, and respectfully states that I have upon this 14th day of March, 15, have sent the foregoing complaint to the U.S. District Ct. for the Second (2nd) Circuit, to make service upon the Att's for the defendants', et, al.

Respectfully submitted,

(s) Tyrone Hurt
(Plaintiff, Pro-Se)
(Haines vs Kerner)
(1972)

Not withstanding: ICC-(1946)(IPC-(1946)